IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS MCQUARLEY, #198468,     ) | |
|                       Plaintiff,          ) | |
| v.                                   ) | CIVIL ACTION NO. 2:13cv200-WHA |
| WARDEN KENNETH SCONYERS, et al.,     ) | (WO) |
|                       Defendants.     ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice prior to service of process.

DONE this 12th day of June, 2013.

                                              /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE